| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | DATE FILED: December 17, 2012 |
| **Plaintiff(s)** DAVID RESNICK<br>v.<br>**Defendant(s)** STATE FARM MUTUAL AUTOMOBILE INSURANCE C | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2012CV970<br>Division: 3          Courtroom: |
| **Order EXT** | |

SO ORDERED.


Issue Date: 12/17/2012

*/s/ D D Mallard*

D D MALLARD
District Court Judge

**Appendix A-6**

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO**<br>Boulder Justice Center<br>1777 6th Street<br>Boulder, CO 80302 | |
| Plaintiff(s): **DAVID RESNICK**<br><br>vs.<br><br>Defendant(s): **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | ▲ COURT USE ONLY ▲ |
| Sam Barfield<br>BARFIELD LAW LLC<br>1665 Grant Street, 2nd Floor<br>Denver, CO 80203<br>Phone Number: 303-815-1586<br>Fax: Omitted<br>Email: sambarfield@barfieldlawllc.com<br>Atty Reg. #: 32119 | Case Number: 2012 CV 970<br><br>Div. / Ctrm.: 3 |
| **ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT AND FILE RETURN OF SERVICE** | |

THIS MATTER, having come before the Court upon *Plaintiff's Motion for Extension of Time to Serve Defendant and File Return of Service*, and the Court, being fully advised in the premises, hereby ORDERS as follows:

*Plaintiff's Motion for Extension of Time to Serve Defendant and File Return of Service* is **GRANTED** and Plaintiff shall have an additional thirty (30) days, or until and including January 10, 2012, to serve Defendant and file the return of service with the Court.

ENTERED this _____ day of _____, 2012.

BY THE COURT:

_____
District Court Judge